# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARLON CARTER**                                                    **PLAINTIFF**

v.                                        Case No. 3:17-cv-00267

**SUPPORT SOLUTIONS OF**
**ARKANSAS, LLC**                                                **DEFENDANT**

## ORDER

Plaintiff Marlon Carter has filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 3). No answer or motion for summary judgment has been served on Mr. Carter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court dismisses without prejudice Mr. Carter's claim.

So ordered this the 16th day of March, 2018.

_____
Kristine G. Baker
United States District Judge